# UNITED STATES COURT OF APPEALS FOR THE ARMED FORCES

Tuesday, January 3, 2017

No. 17–0037/AF. U.S. v. Cory D. Phillips. CCA S38771. On consideration of the petition for grant of review of the decision of the United States Air Force Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issues:

  I.  WHETHER THE MILITARY JUDGE ABUSED HER DISCRETION BY GRANTING THE GOVERNMENT MOTION TO USE EVIDENCE OF CHARGED SEXUAL MISCONDUCT UNDER MIL. R. EVID. 413 TO SHOW PROPENSITY TO COMMIT OTHER CHARGED SEXUAL MISCONDUCT. *See UNITED STATES v. HILLS*, 75 M.J. 350 (C.A.A.F. 2016).

  II.  WHETHER THE LOWER COURT ERRED WHEN IT FAILED TO REMAND APPELLANT'S CASE FOR NEW POST–TRIAL PROCESSING AFTER THE STAFF JUDGE ADVOCATE'S RECOMMENDATION (SJAR) FAILED TO CORRECT AN ERROR IN APPELLANT'S CLEMENCY SUBMISSION. *See UNITED STATES v. ADDISON*, NO. 16–0615/AF (C.A.A.F. 26 July 2016) (rem.).

  III.  WHETHER APPELLANT'S CONVICTION ON SPECIFICATION 1 OF THE CHARGE IS LEGALLY INSUFFICIENT WHERE THE GOVERNMENT FAILED TO PROVE THAT APPELLANT AND SrA LS ENGAGED IN A SEXUAL ACT.

Briefs will be filed under Rule 25.

Wednesday, January 4, 2017

No. 17–0168/MC. U.S. v. David R. Rendon. CCA 201500408. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 19, 2017.